```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23020
    HUEY HUNNICUTT JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4794

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 12/07/2007 and was confirmed 02/06/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  59.83%.

    The case was dismissed after confirmation 06/25/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
CODILIS & ASSOCIATES      NOTICE ONLY     NOT FILED          .00           .00
RESCAP MORTGAGE           CURRENT MORTG    3808.80           .00       3808.80
RESCAP MORTGAGE           MORTGAGE ARRE   25813.48           .00           .00
CHASE MORTGAGE            NOTICE ONLY     NOT FILED          .00           .00
GMAC PAYMENT CENTER       NOTICE ONLY     NOT FILED          .00           .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        2118.33           .00           .00
CAPITAL ONE               UNSECURED        1471.23           .00           .00
CAPITAL ONE               UNSECURED        1624.40           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        2558.94           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED          .00           .00
CHASE MORTGAGE            NOTICE ONLY     NOT FILED          .00           .00
DORA HUNNICUTT            NOTICE ONLY     NOT FILED          .00           .00
TIMOTHY K LIOU            DEBTOR ATTY      1,439.20                    1,439.20
TOM VAUGHN                TRUSTEE                                        456.35
DEBTOR REFUND             REFUND                                         505.65

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             6,210.00

PRIORITY                                         .00
SECURED                                     3,808.80
UNSECURED                                        .00
ADMINISTRATIVE                              1,439.20
TRUSTEE COMPENSATION                          456.35
DEBTOR REFUND                                 505.65
                    ---------------        ---------------
TOTALS              6,210.00                6,210.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23020 HUEY HUNNICUTT JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE